An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| CIERRA TRUST,<br><br>               Appellant,<br><br>vs.<br><br>CITIMORTGAGE, INC., A NEW YORK CORPORATION, SUCCESSOR BY MERGER TO ABN AMRO MORTGAGE GROUP, INC.,<br><br>               Respondent. | No. 66389<br><br>**FILED**<br><br>MAY 1 8 2015<br><br>TRACIE K. LINDEMAN<br>CLERK OF SUPREME COURT<br>BY S. Young<br>DEPUTY CLERK |

### ORDER APPROVING STIPULATION IN PART AND DISMISSING APPEAL

Citing this court's recent opinion in *SFR Investments Pool 1, LLC v. U.S. Bank*, 130 Nev. Adv. Op. No. 75, 334 P.3d 408 (2014), the parties have filed a stipulation to vacate the briefing in this appeal, reverse the appealed-from district court order, and remand for further proceedings in the district court. We approve the stipulation in part, and we

ORDER the district court order granting summary judgment REVERSED, AND REMAND this matter to the district court for proceedings consistent with this order.[1]

_____ , J.
Parraguirre

_____ , J.
Douglas

_____ , J.
Cherry

_____

[1]All other relief requested by the parties is appropriately sought in the district court rather than this court.

SUPREME COURT
OF
NEVADA

(O) 1947A

15-15109

cc: Chief Judge, Eighth Judicial District Court
Kerry P. Faughnan
Akerman LLP/Las Vegas
Wolfe & Wyman LLP
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A